IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIKE SHALES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. 11 C 8921 |
| | ) | |
| PETRO PAVING COMPANY, INC., | ) | JUDGE EDMOND E. CHANG |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, PETRO PAVING COMPANY, INC., an Illinois corporation, in the total amount of $188,673.41, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,188.75.

On December 29, 2011, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on January 19, 2012. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Catherine M. Chapman

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 23rd day of January 2012:

       Mr. William A. Hellyer, Registered Agent
       Petro Paving Company, Inc.
       William A. Hellyer, Ltd.
       444 N. Route 31, Suite 100
       Crystal Lake, IL 60012

       Mr. William Straumann, President
       Petro Paving Company, Inc.
       471 White Oak Drive
       Cary, IL 60073

       /s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Petro Paving\motion.cmc.df.wpd